IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| BRUCE MERRYMAN | § | |
| VS. | § | CIVIL ACTION NO. 1:24cv19 |
| BRYAN COLLIER, ET AL. | § | |

ORDER ADOPTING
THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Bruce Merryman, an inmate confined at the Pack Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed the above-styled civil rights lawsuit against Bryan Collier, Reginald Chambers and Kevin Attaway. The Court previously referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, for consideration pursuant to applicable orders of this Court. The Magistrate Judge has submitted a Report and Recommendation of United States Magistrate Judge recommending that a motion for partial dismissal filed by defendant Collier be granted.

Defendant Collier asked that the claim against him for injunctive relief concerning conditions at the LeBlanc Unit be dismissed. The Magistrate Judge's recommendation was based on her conclusion that plaintiff's transfer from the LeBlanc Unit to the Pack Unit rendered his request for injunctive relief moot.

Plaintiff filed a response to the Report and Recommendation. He states that while he agrees that the claim regarding injunctive relief concerning conditions at the LeBlanc Unit is moot, he asks that the claim be dismissed without prejudice. As the claim is being dismissed as moot, the dismissal will be without prejudice.

ORDER

The findings of fact and conclusions of law in the report are correct and the report of the Magistrate Judge [Dkt. 23] is ADOPTED as the opinion of the court. The motion for partial dismissal [Dkt. 15] filed by defendant Collier is GRANTED. The claim against defendant Collier for injunctive relief concerning conditions at the LeBlanc Unit is DISMISSED without prejudice

as moot.

**SIGNED this 3rd day of March, 2026.**

_____

Michael J. Truncale
United States District Judge